Summons in a Civil Action (Rev 11/97)

FILED

2008 JAN 25  AM 11:35

US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MARY M. FRANCIS, individually and the estate of JOHN C. FRANCIS, acting through its personal representative, MARY M. FRANCIS,

vs

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0141 BTM POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donald W. Lojek
Lojek Law Offices, Chtd.
PO Box 1712
Boise, ID  83701

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 2 5 2008
DATE

By K. H_____RLY , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)