1  JAMES W. HUSTON (CA SBN 115596)
   JHuston@mofo.com
2  WILLIAM V. O'CONNOR (CA SBN 216650)
   WOconnor@mofo.com
3  ELLEN F. NUDELMAN (CA SBN 235534)
   ENudelman@mofo.com
4  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
5  San Diego, California  92130-2040
   Telephone: 858.720.5100
6  Facsimile:  858.720.5125

7  Attorneys for Defendant/Third-Party Plaintiff
   COUNTY OF SAN DIEGO

8

9                 UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11  MARY M. FRANCIS, individually and the        Case No.    08-CV-0141-BTM POR
    ESTATE OF JOHN C. FRANCIS, acting through
12  its personal representative, MARY M. FRANCIS,   **NOTICE OF CONSOLIDATION**

13              Plaintiffs,

14        v.

15  UNITED STATES OF AMERICA,
                                                  Judge:      Barry T. Moskowitz
16              Defendant.

17

18        Pursuant to Judge Dana M. Sabraw's Consolidation Order, attached hereto as Exhibit A,

19  the County of San Diego hereby submits this Notice of Consolidation and respectfully requests

20  that the above-captioned matter be consolidated with In re PALOMAR CRASH OF JANUARY

21  24, 2006, Master File No. 06-CV-02711 DMS POR.  The above-captioned matter is a related

22  action because it arises out of the same crash at the Palomar-McClellan Airport on January 24,

23  2006.
    Dated: February 8, 2008              MORRISON & FOERSTER LLP

24
                                         By:   /s James W. Huston
25                                             James W. Huston
                                               Attorneys for Defendant and Third-Party
26                                             Plaintiff COUNTY OF SAN DIEGO
                                               Email:  jhuston@mofo.com
27

28