# Exhibit A

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. JELLINEK, individually; LAUREN FLOWER, individually; PETER JELLINEK, individually; THE ESTATE OF FRANK H. JELLINEK, by co-executrix Judith A. Jellinek,<br><br>Plaintiffs,<br><br>v.<br><br>JAXAIR, LLC; GOSHIP AIR, LLC; THE ESTATE OF JOHN CHARLES FRANCIS, through personal representative Mary Marcella Francis; THE ESTATE OF ANDY GARRETT; COUNTY OF SAN DIEGO; UNITED STATES OF AMERICA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 06-cv-02711-DMS-POR<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED ACTIONS**<br><br>Date:  Not Applicable<br>Time:  Not Applicable<br>Courtroom:  10<br>Judge:  Hon. Dana M. Sabraw |
| AND RELATED THIRD-PARTY ACTIONS. | |
| DEBBIE MARIE GARRATT, Individually and as Personal Representative of THE ESTATE OF JAMES A. GARRATT, and DEBBIE MARIE GARRATT, as Natural Mother and Next Friend of JAMES A. GARRATT, JR., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>Defendant. | Case No.   07-cv-00139-DMS-POR<br><br>Judge:  Hon. Dana M. Sabraw |

ORDER GRANTING JOINT MOTION
TO CONSOLIDATE RELATED CASES

sd-362929

| | |
|---|---|
| AND RELATED THIRD-PARTY ACTION. | |
| GOSHIP AIR, LLC;<br>JAXAIR, LLC; and<br>GLOBAL AEROSPACE, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO,<br><br>        Defendant. | Case No.   07-cv-00403-DMS-POR<br><br>Judge: Hon. Dana M. Sabraw |
| AND RELATED THIRD-PARTY ACTION. | |
| MARY M. FRANCIS, individually and as Personal Representative of the Estate of John C. Francis, and the ESTATE OF JOHN C. FRANCIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO,<br><br>        Defendant. | Case No.   07-cv-00408-DMS-POR<br><br>Judge: Hon. Dana M. Sabraw |
| AND RELATED THIRD-PARTY ACTION. | |

1 | Pursuant to the Joint Motion To Consolidate Related Actions, and GOOD CAUSE APPEARING, it is hereby ordered that:

    1. These actions and all subsequently-filed related actions are hereby consolidated under Master File No. 06-cv-02711-DMS-POR for discovery and pre-trial purposes.

    2. Defendants shall file a notice of consolidation in subsequently-filed related actions. Any party may challenge consolidation of subsequently-filed actions by filing an objection within ten days of the filing of the notice of consolidation.

IT IS SO ORDERED.

Dated: January 22, 2008

Honorable Dana M. Sabraw
United States District Judge

sd-362929

1     ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 23, 2008

Attention counsel and pro se litigants:

RE: Jellinek et al v Jaxair, LLC et al

You are hereby notified that as of 1/22/08 case 07CV139-DMS-POR; 07CV403-DMS-POR; 408-DMS-POR were consolidated with the lead case 06CV2711-DMS-POR. All further docketing will be done in the lead case 06CV2711-DMS-POR. Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____s/ L Odierno_____
            Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers

**Standefer, Lyn J.**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, January 23, 2008 4:06 PM |
| **To:** | casd.uscourts.gov@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:06-cv-02711-DMS-POR Jellinek et al v. Jaxair, LLC et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2008 at 4:06 PM PST and filed on 1/22/2008
**Case Name:**        Jellinek et al v. Jaxair, LLC et al
**Case Number:**      3:06-cv-2711
**Filer:**
**Document Number:** 65

**Docket Text:**
Consolidation ORDER, Case associated, Lead - 06CV2711. Member Cases 07cv139; 07cv403; 07cv408. Signed by Judge Dana M. Sabraw on 1/22/08. All future docketing will be done in the lead case.(lao)


**3:06-cv-2711 Notice has been electronically mailed to:**
James W. Huston   jhuston@mofo.com, lstandefer@mofo.com
Frank A Silane   fsilane@condonlaw.com, djacobs@condonlaw.com
Orrin Leigh Grover, III   gkiller3@earthlink.net, orrin@orringrover.com
Michael D Jonescu   jonescum@stutmanlaw.com, rubiol@stutmanlaw.com
Peter Francis Frost   peter.frost@usdoj.gov
U S Attorney CV   Efile.dkt.civ@usdoj.gov
William V O'Connor, Jr   woconnor@mofo.com, aadams@mofo.com
Brian Panish   panish@psandb.com, desimone@psandb.com
Kevin R Boyle   boyle@psandb.com, desimone@psandb.com, golzar@psandb.com
Cynthia J Woolley   cynthia@ketchumidaholaw.com, judy@ketchumidaholaw.com
Thomas J Byrne   tbyrne@byrnekiely.com, ale@byrnekiely.com
Joseph F McDowell, II   jmcdowell@mcdowell-osburn.com
Donald W Lojek   lojeklaw@aol.com, lojeklaw@gmail.com
Ellen F. Nudelman   enudelman@mofo.com, rsheehan@mofo.com

**3:06-cv-2711 Notice has been delivered by other means to:**

Bruce A Ross
US Department of Justice, Civil Division
PO Box 14271
Washington, DC 20044-4271


1/23/2008