JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
WOconnor@mofo.com
ELLEN F. NUDELMAN (CA SBN 235534)
ENudelman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY M. FRANCIS, individually and the ESTATE OF JOHN C. FRANCIS, acting through its personal representative, MARY M. FRANCIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.    08-CV-0141-BTM POR<br><br>**DECLARATION OF SERVICE**<br><br><br><br>Judge:   Barry T. Moskowitz |

   I, the undersigned, declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, Suite 100, San Diego, California 92130-2040. I am not a party to the within cause, and I am over the age of eighteen years.

   I further declare that on February 8, 2008, I served copies of:

   **NOTICE OF CONSOLIDATION; DECLARATION OF SERVICE**

on the recipients designated below via electronic transmission through the CM/ECF system of the United States District Court for the Southern District of California.

---

sd-411343

1

08-CV-0141-BTM POR
DOCUMENT NAME

| | | |
|---|---|---|
| 1 | Donald W. Lojek | Attorneys for Plaintiffs |
| 2 | LOJEK LAW OFFICES<br>1199 West Main Street | Mary M. Francis, individually<br>Estate of John C. Francis |
| 3 | P.O. Box 1712<br>Boise, ID 83701 | Telephone: (208) 343-7733 |
| 4 | | Facsimile: (208) 343-5200<br>Email: lojeklaw@aol.com |

     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California, on February 8, 2008.

By:   /s/ James W. Huston
     Attorneys for Defendant/Third-Party Plaintiff
     COUNTY OF SAN DIEGO
     Email: jhuston@mofo.com