Donald W. Lojek, ISB No. 1395
LOJEK LAW OFFICES
1199 Main
P.O. Box 1712
Boise, Idaho 83701
Telephone:    (208) 343-7733
Facsimile:    (208) 343-5200

Orrin L. Grover, CA # 64153
Attorney at Law
416 Young St.
Woodburn, OR 97071
Telephone: (503) 981-5836
Facsimile:   (503) 981-8680

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY M. FRANCIS, individually and the ESTATE OF JOHN C. FRANCIS, acting through its personal representative, MARY M. FRANCIS<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  CV-08-0141-BTM-POR<br><br>NOTICE OF DISMISSAL |

COME NOW the Plaintiffs by and through their undersigned counsel of record, and pursuant to Rule 41(a)(1)(A) F.R.C.P. hereby voluntarily dismiss their action against the Defendant, without prejudice, on the grounds that there is presently pending a case

NOTICE OF DISMISSAL - 1
Notice of Dismissal.wpd/wc

against the United States in this Court pertaining to the same subject matter under the assigned Case No. 07-CV-408 DMS(POR).

DATED this 28th day of May, 2008.

**LOJEK LAW OFFICES, CHTD.**

By: /s/ Donald W. Lojek
 Donald W. Lojek - Of the Firm
 Attorneys for Plaintiffs

NOTICE OF DISMISSAL - 2
Notice of Dismissal.wpd/wc